UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/13/19
```

AMERICAN CIVIL LIBERTIES UNION
and AMERICAN CIVIL LIBERTIES
UNION FOUNDATION,

                Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
JUSTICE and OFFICE OF JUSTICE
PROGRAMS,

                Defendants.

No. 19-CV-5483 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    A telephone conference is hereby scheduled in this matter on August 14, 2019 at 2:00 p.m.

The parties shall jointly call chambers at (212) 805-0162 at the appointed time

SO ORDERED.

Dated:    August 13, 2019
           New York, New York

                                      Ronnie Abrams
                                      United States District Judge