U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 29, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2020

**By ECF**
The Honorable Mary Kay Vykocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *American Civil Liberties Union Foundation v. United States Department of Justice* et al., No. 19 Civ. 5483 (MKV)

Dear Judge Vyskocil:

  This Office represents the Government in the above-referenced case brought under the Freedom of Information Act ("FOIA"). I write respectfully on behalf of the parties to update the Court on the status of this case, as previously directed. *See* Dkt. No. 32. On March 31, 2020, the Government completed its processing and release of thousands of pages of records. The parties have been subsequently discussing in good faith Plaintiff's concerns about the Government's search and assertion of FOIA exemptions, in an effort to narrow the scope of, or avoid entirely, further litigation. While the parties have been working diligently, given the volume of records at issue, we respectfully request an additional 60 days to apprise the Court of either the resolution of this matter or the necessity of cross-motions for summary judgment. Should motion practice be required, the parties will proceed in compliance with Your Honor's individual practices concerning the filing of such motions.

  We thank the Court for its consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By:   /s/ Stephen Cha-Kim
STEPHEN CHA-KIM
Assistant United States Attorney
(212) 637-2768
stephen.cha-kim@usdoj.gov

**Granted. SO ORDERED.**

Date: 4/29/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

cc: Counsel for Plaintiffs (by ECF)