AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
By: STEPHEN CHA-KIM
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2768
Fax: (212) 637-2702
stephen.cha-kim@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>Plaintiffs,<br><br>- against -<br><br>DEPARTMENT OF JUSTICE and OFFICE OF JUSTICE PROGRAMS,<br><br>Defendants. | No. 19 Civ. 5483 (MKV) |

## NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment and supporting declaration and exhibit, Defendants Department of Justice and Office of Justice Programs, by their attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, hereby move this Court pursuant to Federal Rule of Civil Procedure 56 for an order granting Defendants summary judgment.

2

Dated: New York, New York
October 16, 2020

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
*Counsel for Defendants*

By: /s/ Stephen Cha-Kim
STEPHEN CHA-KIM
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2768
stephen.cha-kim@usdoj.gov