# EXHIBIT A

| Bates Page Number | Exemption Cited | Rationale for withholding |
|---|---|---|
| 1143 | (b)(6); Reprocessed without any (b)(4) exemptions | (b)(6) An individual's name was withheld to maintain the individual's privacy. |
| 1264-1271 | (b)(7)(e) | (b)(7)(e) Description of intelligence and law enforcement sources and methods were protected. A state's Office of the Attorney General flagged this information as privileged. |
| 1277-1278 | (b)(6) | (b)(6) Personally Identifying Information of individuals were withheld to maintain the individuals' privacy. A state's Office of the Attorney General flagged this information as privileged. |
| 1279 | (b)(6); (b)(7)(c); (b)(7)(e) | (b)(6) and (b)(7)(c) Personally Identifying Information of law enforcement individuals was withheld to maintain the individuals' privacy. (b)(7)(e) Description of intelligence and law enforcement sources and methods were protected. A state's Office of the Attorney General flagged this information as privileged. |
| 1280 | (b)(6); (b)(7)(c); (b)(7)(e) | (b)(6) and (b)(7)(c) Personally Identifying Information of law enforcement individuals was withheld to maintain the individuals' privacy. A state's Office of the Attorney General flagged this information as privileged. (b)(7)(e) Description of intelligence and law enforcement sources and methods were protected. A state's Office of the Attorney General flagged this information as privileged. |
| 1281 | (b)(6); (b)(7)(e) | (b)(6) Personally Identifying Information of individuals was withheld to maintain the individuals' privacy. A state's Office of the Attorney General flagged this information as privileged. (b)(7)(e) Description of intelligence and law enforcement sources and methods were protected. A state's Office of the Attorney General flagged this information as privileged. |
| 1282-1283 | (b)(7)(e) | (b)(7)(e) Description of intelligence and law enforcement sources and methods were protected. A state's Office of the Attorney General flagged this information as privileged. |
| 1294 | (b)(7)(e) | (b)(7)(e) Description of intelligence and law enforcement sources and methods were protected. A state's Office of the Attorney General flagged this information as privileged. |
| 1523 | (b)(6); Reprocessed without any (b)(4) exemptions | (b)(6) The individuals' phone numbers are not the main office's line that were released throughout the documents. They were withheld to maintain the individuals' privacy. |
| 1563-1564 | (b)(6) | (b)(6) An individual's name was withheld to maintain the individual's privacy. |
| 1565 | (b)(6); (b)(7)(c) | (b)(6) (b)(7)(c) The name and personally identifiable information of a law enforcement officer was withheld to maintain the individual's privacy. |
| 1566 | (b)(6) | (b)(6) The name and personally identifiable information of an individual was withheld to maintain the individual's privacy. |
| 1567 | (b)(6); (b)(7)(c) | (b)(6) (b)(7)(c) The name and personally identifiable information of a law enforcement officer was withheld to maintain the individual's privacy. |
| 1609 | (b)(7)(e) | (b)(7)(e) If released, the geographical map of the targeted areas could be used to circumvent the objective of the Bernalillo County Sheriff's Department's plan. |
| 4117 | (b)(6); (b)(7)(c) | (b)(6); (b)(7)(c) The name, contact information, and employment information of an individual was withheld to maintain the individual's privacy. |
| 4118 | (b)(6) | (b)(6) The educational history and accolades of an individual were withheld to maintain the individual's privacy. |

| Bates Page Number | Exemption Cited | Rationale for withholding |
|---|---|---|
| 4119-4120 | (b)(6); (b)(7)(c) | (b)(6); (b)(7)(c) The name and employment information of a law enforcement officer was withheld to maintain the individual's privacy. |
| 4138 | (b)(6); (b)(7)(c) | (b)(6); (b)(7)(c) The name and employment information of an individual was withheld to maintain the individual's privacy. |
| 4139 | (b)(6) | (b)(6) The name and employment information of an individual was withheld to maintain the individual's privacy. |
| 4289 | (b)(6) | (b)(6) The name, contact information, and employment information of an individual was withheld to maintain the individual's privacy. |
| 4290 | (b)(6) | (b)(6) The educational history and accolades of an individual were withheld to maintain the individual's privacy. |
| 4291 | (b)(6) | (b)(6) The name, contact information, and employment information of an individual was withheld to maintain the individual's privacy. |
| 4292 | (b)(7)(e) | (b)(7)(e) If released, the geographical map of the targeted areas could be used to circumvent the objective of the Dallas County District Attorney's Office plan. |
| 4293 | (b)(6); (b)(7)(c) | (b)(6); (b)(7)(c) The name and employment information of an individual was withheld to maintain the individual's privacy. |
| 4294 | (b)(7)(e) | (b)(7)(e) If released, the geographical map of the targeted areas could be used to circumvent the objective of the Dallas County District Attorney's Office plan. |
| 4307 | (b)(7)(e) | (b)(7)(e) If released, the geographical map of the targeted areas could be used to circumvent the objective of the Dallas County District Attorney's Office plan. |
| 4310 | (b)(6) | (b)(6) The name and employment information of two individuals was withheld to maintain the individuals' privacy. |
| 4423-4430 | (b)(6) | Re-processed and produced on June 9, 2020. Rationale for those withholdings are below.<br>(b)(6) Personally Identifiable Information of an individual that, if released, could be aggregated to identify the individual. It was withheld to maintain the individual's privacy. |
| 4447-4448 | Non-Responsive | Information unrelated to the gang suppression grants. |
| 4449 | Non-Responsive | Non-Responsive - Information unrelated to the gang suppression grants. |
| 4466-4469 | Non-Responsive | Information unrelated to the gang suppression grants. |
| 4471-4475 | Non-Responsive | Information unrelated to the gang suppression grants. |
| 5956 | (b)(7)(c) | (b)(7)(c) The name and email address of a law enforcement officer was withheld to maintain the individual's privacy. |
| 5960 | (b)(6); (b)(7)(c); Reprocessed without any (b)(4) exemptions | (b)(6) and (b)(7)(c) The name and email address of a law enforcement officer was withheld to maintain the individual's privacy. |
| 5961 | (b)(6); Reprocessed without any (b)(4) exemptions | (b)(6) The name, email address, phone number, and employment information of a Leidos employee was withheld to maintain the individual's privacy. |