UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION; and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiffs*<br><br>v.<br><br>OFFICE OF JUSTICE PROGRAMS, and U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendants.* | Case No. 19-cv-5483 (MKV) |

**NOTICE OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Please take notice that upon the Memorandum of Law in Support of Plaintiffs' Cross-Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment, dated October 30, 2020, Plaintiffs hereby move this Court for an order granting Plaintiffs summary judgment and denying Defendants summary judgement pursuant to Rule 56 of the Federal Rules of Civil Procedure.

1

DATED: October 30, 2020

Respectfully Submitted,

<u>  /s/  Sarah Hinger          </u>

Sarah Hinger
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street—18th Floor
New York, New York 10004
T: (212) 549-2500
F: (212) 549-2654
*shinger@aclu.org*


<u>  /s/  Amy Belsher          </u>

Amy Belsher
Jessica Perry
Christopher Dunn
NEW YORK CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street—19th Floor
New York, New York 10004
T: (212) 607-3300
F: (212) 607-3318
*abelsher@nyclu.org*