**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

October 6, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2021
```

<u>BY ECF</u>
The Honorable Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re: *American Civil Liberties Union, et al. v. United States Department of Justice et al.,*
           19 Civ. 5483 (MKV)

Dear Judge Vyskocil,

    This Office represents Defendants in the above-captioned action brought pursuant to the Freedom of Information Act ("FOIA"). On September 27, 2021, the Court issued an opinion and order on the parties' cross-motions for summary judgment. Therein, the Court ordered Defendants to produce certain documents by October 22, 2021. Defendants write to respectfully request an extension of time with respect to the disclosure of these documents. Plaintiffs consent to this request. This is Defendants' first request for an extension of this deadline.

    As to the documents ordered to be produced, Defendants respectfully request that they be provided until November 26, 2021, to either produce these documents or seek a stay of the Court's order pending appeal. By way of background, as a matter of course and standard operating procedure, whenever there is an adverse, final order, there is a process within the Department of Justice whereby multiple constituents must evaluate whether an appeal is proper. Pursuant to Federal Rule of Appellate Procedure 4(a), a federal agency has 60 days to submit a notice of appeal. Accordingly, Defendants submit that they should be provided this specified period of time envisioned by statute in order to evaluate the Court's ruling. Such relief is particularly warranted here given the Court's order implicates personal identifying information of non-Government third parties who also must provide input as to this issue.

    I thank the Court for its consideration of this matter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: _/s/ Alexander J. Hogan_____
ALEXANDER J. HOGAN
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2799
Facsimile: (212) 637-2686
E-mail: alexander.hogan@usdoj.gov

**Granted. SO ORDERED.**

Date: 10/6/2021
New York, New York

Mary Kay Vyskocil
United States District Judge